UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV- 20689-JLK

Frank DeLuca, on his own behalf
and on behalf of all other
similarly situated passengers
aboard the Anthem of the Seas,

    Plaintiffs,
v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO ENFORCE
## PAYMENT OF SETTLEMENT PROCEEDS

**COME NOW**, Plaintiffs, Frank DeLuca Et. Al., and file this Motion to Enforce Payment of Settlement Proceeds, and for good cause states as follows.

1. This Proposed Class Action lawsuit dealt with Defendant RCCL's decision to sail the *Anthem of the Seas*, carrying more than 4,000 paying passengers, into the path of a Hurricane.

2. This matter was settled in its entirety on June 28, 2017.  DE. 33.

3. As this settlement involved hundreds of passengers, it was anticipated that the payment of settlement proceeds would take an extended period of time.

4. To date, only a small fraction of the claims have been paid because Defendant unilaterally decided that it would only pay the settlement proceeds when **all** of the releases had been received.

5. As such, hundreds of fully executed releases have been sent to Defendant, but Defendant

1

Case 1:16-cv-20689-JLK   Document 35   Entered on FLSD Docket 02/27/2018   Page 2 of 3

refuses to pay because roughly 10% of the releases remain outstanding.

6. Herein, Plaintiffs respectfully requests the entry of an order compelling payment of the settlement proceeds for each passenger who has executed a release within 20 days of the receipt of the release.

7. And for those passengers who have *already* submitted their fully executed releases, that payment be compelled within 10 days of the date of the order by this Honorable Court.

8. This Motion is filed in good faith and not for any improper basis or to unduly delay the matter.  No party will be prejudiced by the relief requested herein.

9. Undersigned counsel has conferred with Defense counsel on the relief sought herein but has not heard back from the Defendant despite multiple requests.

10. A proposed order is attached as Exhibit 1.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court grant the relief requested herein.

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

> LIPCON, MARGULIES,
> ALSINA & WINKLEMAN, P.A.
> Attorneys for Plaintiffs
> One Biscayne Tower, Suite 1776
> 2 South Biscayne Boulevard
> Miami, Florida  33131
> Telephone:  (305)  373-3016
> Facsimile: (305) 373-6204

2

        mw@lipcon.com

        By: /s/ *Michael Winkleman*
        MICHAEL A. WINKLEMAN
        Florida BAR NO 36719

## SERVICE LIST

**Curtis J. Mase**
Email:  cmase@mletrial.com
**Thomas Briggs**
Email:  triggs@mltrial.com
**MASE, TINELLI, BRIGGS & MEBANE, P.A.**
2601 Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:  (305) 377-3770
Facsimile:  (305) 377-0080
*Attorneys for Defendant*


**Michael A. Winkleman**
Email:  mwinkleman@lipcon.com
**LIPCON, MARGULIES,**
**ALSINA & WINKLEMAN P.A.**
One Biscayne Tower, Suite 1776
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone:  (305) 373-3016
Facsimile:  (305) 373-6204
*Attorneys for Plaintiffs*