UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV- 20689-JLK

Frank DeLuca, on his own behalf
and on behalf of all other
similarly situated passengers
aboard the Anthem of the Seas,

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,

      Defendant.

_____/

### PROPOSED ORDER ON PLAINTIFFS' MOTION TO ENFORCE PAYMENT OF SETTLEMENT PROCEEDS

This Cause having come to be heard on Plaintiffs' Motion to enforce payment of

Settlement proceeds, and the Court having reviewed the file and being otherwise fully advised in

the premises, it is hereby ORDERED and ADJUDGED that the Motion is hereby GRANTED.

Defendant shall remit payment of the settlement proceeds for each passenger who has executed a

release within 20 days of the receipt of the release.  For those passengers who have already

submitted their executed releases, payment shall be remitted to counsel for plaintiffs within ten

(10) days of the date of this order.

      DONE AND ORDERED in Chambers at Miami, Florida, this__ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record

1