UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-20689-KING-TORRES

Frank DeLuca, on his own behalf
and on behalf of all others similarly
situated passengers aboard the
Anthem of the Seas,

    Plaintiffs,
vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO ENFORCE SETTLEMENT

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through undersigned counsel, hereby files this Unopposed Motion to Enforce Settlement and in support thereof states:

1. Originally, Plaintiffs attempted to file this case as a Proposed Class Action lawsuit. The Class Action was denied, at which point Plaintiffs' counsel made the decision to file 262 Plaintiffs in one consolidated action. All Plaintiffs' claims were settled.

2. Plaintiffs elected to file these 260-plus Plaintiffs in one consolidated action and Royal Caribbean has processed the payments in the same consolidated manner.

3. To date, Royal Caribbean has received executed General Releases from all but four (4) of the Plaintiffs, who have refused to sign. They are: Rafal Bogucki, Helen Cambos, Carrie Gengo, and Kevin Prunty.

4. Further, Plaintiffs filed a prior Motion to Enforce Payment of Settlement Proceeds (ECF No. 35) on February 27, 2018. In that motion they argued that Royal Caribbean should be ordered by the Court to cut checks individually to each Plaintiff who had already submitted

executed releases. Royal Caribbean's Response (ECF No. 36) argued the logistical difficulties of such a procedure.

5. The Court denied Plaintiffs Motion (ECF No. 37) for individual payments and allowed Royal Caribbean to proceed processing the Plaintiffs as a group.

6. Because the releases have all been processed as a group, these four Plaintiffs are holding up final settlement.

7. These four holdouts should not be permitted to delay this case's ultimate resolution. To that end, Defendant's respectfully request the entry of an Order enforcing the settlement against Rafal Bogucki, Helen Cambos, Carrie Gengo, and Kevin Prunty and requests that the Court deem an Order granting this Motion acts as the signed release for these four (4) persons. Thereafter, Royal Caribbean should pay the settlement amount to counsel for Plaintiffs, who is authorized to subtract its fees and costs and will thereafter send any remaining amounts to these four (4) persons.

8. The undersigned attorney has conferred with Plaintiffs' counsel on the relief sought herein. Plaintiffs' attorney does not object or oppose the relief sought herein. Furthermore, Counsel for Plaintiffs' attests and affirms that at all times material, they had the authority to resolve these four (4) persons cases for the amounts that the cases resolved for.

9. The undersigned further asserts that this Motion is filed in good faith and not for any improper purpose or to unduly delay the matter. No Party will be prejudiced by the relief sought. If fact, all Parties will benefit as the matter will conclude shortly thereafter.

WHEREFORE, Defendant respectfully requests that this Court enter an Order enforcing the settlement against Rafal Bogucki, Helen Cambos, Carrie Gengo, and Kevin Prunty and deem that the Order acts as the signed release for these four (4) persons. Thereafter, RCCL should pay

the settlement amount to counsel for plaintiff, who is authorized to subtract its fees and costs and will thereafter send any remaining amounts to these four (4) persons.

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By:    */s/ Thomas A. Briggs*
           THOMAS A. BRIGGS
           Florida Bar No.: 663034
           tbriggs@maselaw.com
           filing@maselaw.com
           rcoakley@maselaw.com

## **LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH**

I hereby certify that the undersigned counsel has conferred with counsel for the Plaintiffs in a good faith and Plaintiffs' counsel does not object to the relief sought herein. Counsel for Plaintiff further represented that they will serve on the four (4) Plaintiffs via e-mail and mail a copy of the Motion concurrent with filing at the following addresses:

**Rafal Bogucki & Helen Cambos**
18 Kathy Pl. Apt. 2A Staten Island
New York 10314
Email: rafny5151@gmail.com

**Carrie Gengo & Kevin Prunty**
18 Victoria Dr.
Annandale, New Jersey 08801
Email: carrie.gengo@outlook.com

CASE NO.: 16-cv-20689-KING-TORRES

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Thomas A. Briggs*
THOMAS A. BRIGGS

## SERVICE LIST

**Michael A. Winkleman, Esq.**
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
mmartin@lipcon.com
*Attorneys for Plaintiff*