UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-20689-KING-TORRES

FRANK DELUCA, on his own behalf
and on behalf of all other similarly
situated passengers aboard the
Anthem of the Seas,
    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
    Defendant.
_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE SETTLEMENT

**THIS MATTER** comes before the Court upon Defendant ROYAL CARIBBEAN CRUISES, LTD.'s ("Royal Caribbean") Motion to Enforce Settlement, and the Court being duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. Defendant's Motion to Enforce Settlement is **GRANTED**.

2. Further, this Order shall be deemed as the signed release for Rafal Bogucki, Helen Cambos, Carrie Gengo, and Kevin Prunty.

3. Royal Caribbean will pay the settlement amount to Michael A. Winkleman, Esq., Counsel for Plaintiffs, who after subtracting its fees and costs shall send the remainder due each to Rafal Bogucki, Helen Cambos, Carrie Gengo, and Kevin Prunty.

CASE NO.: 16-cv-20689-KING-TORRES

DONE AND ORDERED in Chambers in Miami, Florida, this \_\_\_\_\_ day of _____, 2018.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record